UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEMPAY INC.,
an Ohio corporation,

    Plaintiff,

Case No. 8:11-cv-02732-JDW-AEP

v.

BILTRES STAFFING OF TAMPA
BAY, LLC, a Florida limited liability
company, OTTO BILTRES and
CONSTANDINA I. BILTRES,
individuals,

    Defendants.
_____/

## AFFIDAVIT OF LARRY HOLSTEIN

STATE OF OHIO
COUNTY OF CUYAHOGA

    Before me, the undersigned authority, personally appeared Larry Holstein, who after being duly sworn, deposes and says:

    1.    My name is Larry Holstein, and I am the President of TemPay Inc. This affidavit is based upon my personal knowledge.

    2.    In connection with the April 2011 and October 2011 Factoring Agreements with Biltres Staffing, TemPay regularly received invoices for the following four purported Biltres Staffing customers: Aluminum Coils, Inc., Lennar Manufacturing, Inc., Miller Contracting, Inc., and RBA Print Communications.

3. Pursuant to Otto Biltres' instruction, upon submission of the customer invoices, TemPay wired the requisite cash advances into Biltres Staffing's Bank of America account ending in 6510. True and correct copies of Otto Biltres' February 22, 2008 email containing wire transfer instructions, and a wire transfer receipt reflecting one of TemPay's deposits are attached hereto as **Exhibits A and B,** respectively.

4. Approximately 45 to 60 days later, the four Biltres Staffing customers would submit full payment of the invoices to TemPay. True and correct copies of checks received from each customer are attached hereto as **Composite Exhibit C.**

5. Pursuant to Otto Biltres' request, the balance of the invoice amount was paid to Biltres Staffing, less TemPay's commission and other charges, via wire transfer to a Bank of America account in Constandina Biltres' name, ending in 3388. A true and correct copy of an ACH receipt demonstrating TemPay's deposit of $53,515.61 on or about November 28, 2011 into Constandina Biltres' account is attached hereto as **Exhibit D.**

6. As demonstrated by the attached checks and wire transfer receipt, the account number on the Miller Contracting, Inc. check is identical to the account number into which TemPay wired Biltres Staffing's weekly cash advance payments.

7. Based on the documents cited herein, as well as the information set forth in the Verified Complaint, TemPay ultimately discovered that the Biltres Defendants created and maintained Account Numbers 229009356714, 229009356510, 229012206741, 229034862752, 229026426818, 229034856069 and 229012203388 at Bank of America,

which specifically include accounts in the names of each of the Biltres Staffing customers, as reflected by the attached checks.

THIS CONCLUDES MY AFFIDAVIT.

_____
LARRY HOLSTEIN

SWORN TO and subscribed before me on __12th__ day of December, 2011 by Larry Holstein who [X] is or [ ] is not personally known to me and who produced as identification __Drivers License__.

_____
Notary Public
Jason Kugler
Notary Public
State of Ohio
My Commission expires on the 26th day of May, 2014

My commission expires:

# EXHIBIT A

## Brian Keuper

**From:** Otto S. Biltres Jr. [otto@biltresstaffing.com]
**Sent:** Friday, February 22, 2008 10:30 PM
**To:** bkeuper@tempay.com
**Subject:** Bank Account Info for Funding Wire Transfers for Biltres Staffing of Tampa Bay, LLC

Hello Brian,

Here is the Bank Info for the Wire Transfer Account for the Funding. I faxed you over the Signed and Notarized Agreement, plus the other forms you needed filled out with the SS-4 form also. I want to get set up with you cause I will be starting my side of the business soon. Please let me know if you have any questions.

- **Bank Name – Bank of America**
- **Account Name- Biltres Staffing of Tampa Bay, LLC**
- **Routing Number – 063100277**
- **Account Number- 229009356510**
- **Bank Phone- 813-814-2346**

Sincerely,
Otto S. Biltres Jr.
President
BILTRES STAFFING OF TAMPA BAY, LLC
813-598-6372

2/25/2008

# EXHIBIT B

# STERLING NATIONAL BANK
A Subsidiary of STERLING BANCORP

**Transfer Form**                                      **Transfer Approved**

**Form Number**
111128W162226861

**Account Title**                                      **Account Number**
TEMPAY INC                                             3852542583

**Amount**     **Currency**                            **Special Fee**
468,579.02     USD ,UNITED STATES                      0

**ORIGINATOR INFO**
**Name**                                               **Account Number/Identifier**
TEMPAY INC                                             3852542583

**Originator Address**                                 **Originator Reference**
20600 CHAGRIN BLVD STE 503

CLEVELAND 441225340                                    US

**Originator To Beneficiary Instructions**

**BENEFICIARY INFO**                                   **Account Number**
BILTRES STAFFING OF TAMPA BAY LLC                      229009356510

**Beneficiary Address**
11928 SHELD RD STE 102

TAMPA FL                                               US

**BENEFICIARY BANK**                                   **ABA/SWIFT**
BANK OF AMERICA, N.A., NY, NEW YORK                    026009593

**Bank Address**                                       **Account Number**

US                                                     US

**INTERMEDIARY BANK**   Cost Center

**Bank Address**

US                                                     US

**Preparer ID**    **Authorizer**
LARRY              LARRY
                   Received by Bank                    11/28/2011 4:28:16 PM
_____                            _____
Authorizer Signature                                   Client Signature

https://www.sterlingwires.com/                                          11/28/2011

| Biltres Staffing of Tampa Bay | Cost = 90% of Invoices | | |
|---|---|---|---|
| Week-ending 11/27/11 | | | |
| Invoice date 11/28/11 | | | |
| | | | |
| Customer | Inv No | Invoice | Cost |
| Aluminum Coils Inc | 10030 | 98,943.07 | 89,048.76 |
| Lennar Manufacturing | 10029 | 314,127.44 | 282,714.70 |
| Miller Contracting | 10032 | 52,477.56 | 47,229.80 |
| RBA Print Communications | 10031 | 55,095.28 | 49,585.76 |
| | | | |
| Total | | 520,643.35 | 468,579.02 |
| | | | WIRE |

**COMPOSITE EXHIBIT C**

| | |
|---|---|
| | 12160 |
| | 63-027/631 |

Miller Contracting, Inc
P.O. Box 4521
TAMPA, FL 33463

DATE 11/25/2011

PAY TO THE ORDER OF: Biltos Shffg of Tampa Bay LLC    $47,098.53

Forty-Seven Thousand Ninety-Eight 53/100 DOLLARS

BANK OF AMERICA, NA

Valid for 90 Days

FOR Invoice # 10004

⑁012160⑁ ⑉063100277⑊ 229009356510⑈

| | | | 32571 |
|---|---|---|---|
| | | Bank of America | 63-27 |
| | | ACH R/T 063100277 | |
| RBA PRINT COMMUNICATIONS | | | |
| P.O. BOX 775 | | | 11/25/2011 |
| OLDSMAR, FL. 34677 | | | |

$ **53,665.38

PAY TO THE ORDER OF  Biltres Staffing TPA Bay, LLC

Fifty-Three Thousand Six Hundred Sixty-Five and 38/100************************************************ DO

Temporary Payroll Expense
Client Code BILTRES 01
P.O.# yvk-10003
Invoice# 10003

MEMO
P.O.#yvk-10003

AUTHORIZED SIGNATURE

⑈325711⑈ ⑆063100277⑆ 2290348627 52⑈

**ALUMINUM COILS**
P.O. BOX 14903
CLEARWATER, FL. 33766

Bank of America
ACH R/T 063100277

45653
63-27/631 FL
90899

11/25/2011

PAY TO THE ORDER OF: Biltres Staffing    $ **94,706.33

Ninety-Four Thousand Seven Hundred Six and 33/100************************************************** DOLLARS

MEMO  INVOICE# 10002

AUTHORIZED SIGNATURE

⑈045653⑈ ⑆063100277⑆ 229034856069⑈

---

**ALUMINUM COILS**                                                                                       45653

Biltres Staffing                                              11/25/2011

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 11/25/2011 | Bill | | 94,706.33 | 94,706.33 | | 94,706.33 |
| | | | | | Check Amount | 94,706.33 |

Bank of America   INVOICE# 10002                                                                94,706.33

---

**ALUMINUM COILS**

Biltres Staffing

| Date | Type | Reference | Original Amt. | Balance Due | 11/25/2011 Discount | 45653 Payment |
|------|------|-----------|---------------|-------------|---------------------|---------------|
| 11/25/2011 | Bill | | 94,706.33 | 94,706.33 | | 94,706.33 |
| | | | | | Check Amount | 94,706.33 |

Bank of America   INVOICE# 10002



**LENNAR MANUFACTURING DIVISION, INC.**  03/09
P.O. Box 340625
Tampa, Florida 33614

BANK OF AMERICA, NA.
Westchase
Tampa, Florida 33626
63-027/631

12645

11/25/2011

Pay to the Order of  BILTRES STAFFING of TAMPA BAY    $ **296,416.64

Two Hundred Ninety-Six Thousand Four Hundred Sixteen and 64/100************************************************ Dollars

BILTRES STAFFING of TAMPA BAY
11928 Sheldon Road
Tampa, Fl. 33626

Void After 60 Days

memo  Biltres Invoice# 10001

⑴"012645⑴"  ⑴:063100277⑴:  2290264268 18⑴"

---

LENNAR MANUFACTURING DIVISION, INC.                                                                   12645

BILTRES STAFFING of TAMPA BAY                              11/25/2011
Date         Type  Reference          Original Amt.    Balance Due    Discount        Payment
11/25/2011   Bill                     296,416.64       296,416.64                     296,416.64
                                                                      Check Amount    296,416.64

---

LENNAR MANUFACTURING DIVISION, INC.                                                                   12645

BILTRES STAFFING of TAMPA BAY                              11/25/2011
Date         Type  Reference          Original Amt.    Balance Due    Discount        Payment
11/25/2011   Bill                     296,416.64       296,416.64                     296,416.64
                                                                      Check Amount    296,416.64

Bank of America        Biltres Invoice# 10001                                                    296,416.64

# EXHIBIT D

| | | | | | | |
|---|---|---|---|---|---|---|
| **Huntington Online ACH** | | | | **Report Date:** | | 11/28/2011 |
| **TemPay Inc** | | | | **Report Time:** | | 05:56:22 PM |

### Batch Summary Report by ID Number

| | | | | |
|---|---|---|---|---|
| **Company Name:** | TemPay Inc | | **Effective Date:** | 11/29/2011 |
| **ACH ID:** | 9104265000 | | **Batch Sequence:** | 1 |
| **Application Name:** | Customer Credits | | **Database Name:** | CLIENTS |
| **Batch Status:** | Released | | | |

| Name | ID | Amount | D/C | Bank ID | Account # | Acct Type | Trace # |
|---|---|---|---|---|---|---|---|
| [redacted] | | $13,997.60 | C | 111024852 | [redacted] | C | |
| [redacted] | | $5,897.35 | C | 252073018 | [redacted] | C | |
| CONSTANDINA I BILTRES | BST | $53,515.61 | C | 063100277 | 2290122033B8 | C | |
| [redacted] | ECP | $19,853.08 | C | 042000314 | [redacted] | C | |
| [redacted] | IES | $316.58 | C | 053904483 | [redacted] | C | |
| [redacted] | AC | $1,105.89 | C | 036001808 | [redacted] | C | |
| [redacted] | JOB | $2,324.84 | C | 111000614 | [redacted] | C | |
| [redacted] | MSO | $3,891.45 | C | 044000037 | [redacted] | C | |
| [redacted] | N2S | $4,500.00 | C | 021200339 | [redacted] | C | |
| [redacted] | REA | $5,403.27 | C | 122000661 | [redacted] | C | |
| [redacted] | RTA | $142.71 | C | 053000219 | [redacted] | C | |
| [redacted] | SPA | $3,157.25 | C | 021202337 | [redacted] | C | |
| [redacted] | STA | $184.98 | C | 323070380 | [redacted] | C | |
| [redacted] | TEX | $69.64 | C | 111000025 | [redacted] | C | |
| [redacted] | VIS | $1,308.55 | C | 111321063 | [redacted] | C | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $0.00 | 0 |
| Credits | $115,668.80 | 15 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $0.00 | 0 |
| Credits | $115,668.80 | 15 |
| Prenotes | $0.00 | 0 |