UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TEMPAY INC.,
an Ohio corporation,

    Plaintiff,

v.

                                        Case No.

BILTRES STAFFING OF TAMPA
BAY, LLC, a Florida limited liability
company, OTTO BILTRES and
CONSTANDINA I. BILTRES,
individuals,

    Defendants.
_____/

## AFFIDAVIT OF JAN MILLER

STATE OF FLORIDA
COUNTY OF __Hillsborough__

    Before me, the undersigned authority, personally appeared Jan Miller, who after being duly sworn, deposes and says:

    1.    My name is Jan Miller, and I am the President of Miller Contracting, Inc. This affidavit is based upon my personal knowledge.

    2.    Miller Contracting, Inc. does not now and has never employed Ray Augustine.

    3.    Miller Contracting, Inc. does not now and has never done business with Biltres Staffing of Tampa Bay, LLC.

    4.    Miller Contracting, Inc. has never heard of and has no relationship with

Otto Biltres or Constandina Biltres.

THIS CONCLUDES MY AFFIDAVIT.

_____
JAN MILLER

SWORN TO and subscribed before me on ___12___ day of December, 2011 by Jan Miller who [X] is or [ ] is not personally known to me and who produced as identification _____.

_____
Notary Public

THOMAS E. MOTT
MY COMMISSION # EE 006769
EXPIRES: November 3, 2014
Bonded Thru Budget Notary Services

My commission expires: