## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TEMPAY INC.,
an Ohio corporation,

    Plaintiff,

                                     Case No.

v.

BILTRES STAFFING OF TAMPA
BAY, LLC, a Florida limited liability
company, OTTO BILTRES and
CONSTANDINA I. BILTRES,
individuals,

    Defendants.
_____/

## AFFIDAVIT OF MICHELLE MORRIS

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    Before me, the undersigned authority, personally appeared Michelle Morris, who after being duly sworn, deposes and says:

    1.    My name is Michelle Morris, and I am the President of RBA Print Communications. This affidavit is based upon my personal knowledge.

    2.    RBA Print Communications does not now and has never employed Marty Jones.

    3.    RBA Print Communications does not now and has never done business with Biltres Staffing of Tampa Bay, LLC.

    4.    RBA Print Communications has never heard of and has no relationship with

Otto Biltres or Constandina Biltres.

THIS CONCLUDES MY AFFIDAVIT.

_____
MICHELLE MORRIS

SWORN TO and subscribed before me on __12__ day of December, 2011 by Michelle Morris who [✓] is or [ ] is not personally known to me and who produced as identification _____.

_____
Notary Public

My commission expires:





SUSAN SEAMON
MY COMMISSION # EE2259
EXPIRES: August 10, 2014
Fl. Notary Discount Assoc. Co.