# EXHIBIT 4

# Unpaid Invoices Report

Database: BST | User: KAM
As Of : 11/28/2011
Customer Name : All Customers
Office Name : BILTRES STAFFING OF TAMPA BAY

### ALUMINUM COILS INC

| Invoice # | Invoice Date | Last Pay Date | Age | Amount | Payments | Balance | Cost of Sales | Sales Tax | Fee | Reserve | Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10006M | 10/17/2011 | | 42 | 93637.85 | 0.00 | 93637.85 | 84274.06 | 0.00 | 1526.30 | 0.00 | 7837.49 |
| 10010M | 10/24/2011 | | 35 | 92902.07 | 0.00 | 92902.07 | 83611.86 | 0.00 | 1514.30 | 0.00 | 7775.91 |
| 10014M | 10/31/2011 | | 28 | 94461.39 | 0.00 | 94461.39 | 85015.25 | 0.00 | 1539.72 | 0.00 | 7906.42 |
| 10018M | 11/07/2011 | | 21 | 98552.09 | 0.00 | 98552.09 | 88696.88 | 0.00 | 1606.40 | 0.00 | 8248.81 |
| 10022M | 11/14/2011 | | 14 | 99811.57 | 0.00 | 99811.57 | 89830.41 | 0.00 | 1626.93 | 998.12 | 7356.11 |
| 10026M | 11/21/2011 | | 7 | 99469.57 | 0.00 | 99469.57 | 89522.61 | 0.00 | 1621.35 | 994.70 | 7330.91 |
| 10030M | 11/28/2011 | | 0 | 98943.07 | 0.00 | 98943.07 | 89048.76 | 0.00 | 1612.77 | 989.43 | 7292.11 |
| | | Customer Totals: | | 677777.61 | 0.00 | 677777.61 | 609999.83 | 0.00 | 11047.77 | 2982.25 | 53747.76 |

### LENNAR MANUFACTURING INC

| Invoice # | Invoice Date | Last Pay Date | Age | Amount | Payments | Balance | Cost of Sales | Sales Tax | Fee | Reserve | Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10005M | 10/17/2011 | | 42 | 297135.31 | 0.00 | 297135.31 | 267421.78 | 0.00 | 4843.31 | 0.00 | 24870.22 |
| 10009M | 10/24/2011 | | 35 | 299519.56 | 0.00 | 299519.56 | 269567.60 | 0.00 | 4882.17 | 0.00 | 25069.79 |
| 10013M | 10/31/2011 | | 28 | 309297.38 | 0.00 | 309297.38 | 278367.64 | 0.00 | 5041.55 | 0.00 | 25888.19 |
| 10017M | 11/07/2011 | | 21 | 308330.75 | 0.00 | 308330.75 | 277497.67 | 0.00 | 5025.79 | 0.00 | 25807.29 |
| 10021M | 11/14/2011 | | 14 | 307827.10 | 0.00 | 307827.10 | 277044.39 | 0.00 | 5017.58 | 3078.27 | 22686.86 |
| 10025M | 11/21/2011 | | 7 | 306978.45 | 0.00 | 306978.45 | 276280.60 | 0.00 | 5003.75 | 3069.78 | 22624.32 |
| 10029M | 11/28/2011 | | 0 | 314127.44 | 0.00 | 314127.44 | 282714.70 | 0.00 | 5120.28 | 3141.27 | 23151.19 |
| | | Customer Totals: | | 2143215.99 | 0.00 | 2143215.99 | 1928894.38 | 0.00 | 34934.43 | 9289.32 | 170097.86 |

### MILLER CONTRACTING INC

| Invoice # | Invoice Date | Last Pay Date | Age | Amount | Payments | Balance | Cost of Sales | Sales Tax | Fee | Reserve | Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10008M | 10/17/2011 | | 42 | 47385.63 | 0.00 | 47385.63 | 42647.07 | 0.00 | 772.39 | 0.00 | 3966.17 |
| 10012M | 10/24/2011 | | 35 | 46920.55 | 0.00 | 46920.55 | 42228.49 | 0.00 | 764.80 | 0.00 | 3927.26 |
| 10016M | 10/31/2011 | | 28 | 46633.45 | 0.00 | 46633.45 | 41970.11 | 0.00 | 760.13 | 0.00 | 3903.21 |
| 10020M | 11/07/2011 | | 21 | 49114.87 | 0.00 | 49114.87 | 44203.38 | 0.00 | 800.57 | 0.00 | 4110.92 |
| 10024M | 11/14/2011 | | 14 | 53227.81 | 0.00 | 53227.81 | 47905.03 | 0.00 | 867.61 | 532.28 | 3922.89 |
| 10028M | 11/21/2011 | | 7 | 52984.77 | 0.00 | 52984.77 | 47686.29 | 0.00 | 863.65 | 529.85 | 3904.98 |
| 10032M | 11/28/2011 | | 0 | 52477.56 | 0.00 | 52477.56 | 47229.80 | 0.00 | 855.38 | 524.78 | 3867.60 |
| | | Customer Totals: | | 348744.64 | 0.00 | 348744.64 | 313870.17 | 0.00 | 5684.53 | 1586.91 | 27603.03 |

### RBA PRINT COMMUNICATIONS

| Invoice # | Invoice Date | Last Pay Date | Age | Amount | Payments | Balance | Cost of Sales | Sales Tax | Fee | Reserve | Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10007M | 10/17/2011 | | 42 | 54632.30 | 0.00 | 54632.30 | 49169.07 | 0.00 | 890.51 | 0.00 | 4572.72 |
| 10011M | 10/24/2011 | | 35 | 56761.08 | 0.00 | 56761.08 | 51084.98 | 0.00 | 925.21 | 0.00 | 4750.89 |
| 10015M | 10/31/2011 | | 28 | 56241.68 | 0.00 | 56241.68 | 50617.51 | 0.00 | 916.74 | 0.00 | 4707.43 |
| 10019M | 11/07/2011 | | 21 | 56127.68 | 0.00 | 56127.68 | 50514.92 | 0.00 | 914.88 | 0.00 | 4697.88 |
| 10023M | 11/14/2011 | | 14 | 55956.68 | 0.00 | 55956.68 | 50361.01 | 0.00 | 912.09 | 559.57 | 4124.01 |
| 10027M | 11/21/2011 | | 7 | 55757.18 | 0.00 | 55757.18 | 50181.47 | 0.00 | 908.84 | 557.57 | 4109.30 |
| 10031M | 11/28/2011 | | 0 | 55095.28 | 0.00 | 55095.28 | 49585.76 | 0.00 | 898.05 | 550.95 | 4060.52 |
| | | Customer Totals: | | 390571.88 | 0.00 | 390571.88 | 351514.72 | 0.00 | 6366.32 | 1668.09 | 31022.75 |

| | | Summary Totals: | | 3560310.12 | 0.00 | 3560310.12 | 3204279.10 | 0.00 | 58033.05 | 15526.57 | 282471.40 |

11/28/2011 10:47:54 AM

Page 1 of 1

TEMPAY 002193

TEMP002193