UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TEMPAY INC.,**

    **Plaintiff,**

vs.                                              Case No. 8:11-cv-2732-T-27AEP

**BILTRES STAFFING OF TAMPA BAY, LLC,
OTTO BILTRES, CONSTANDINA I.
BILTRES, and PFG LOANS, INC.,**

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff Tempay, Inc.'s Motion to Tax Costs (Dkt. 144) and Supplemental Motion to Tax Costs (Dkt. 229). Defendants have not responded to either motion. Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Dkt. 244) recommending that Plaintiff's request for costs be granted in part and denied in part. Neither party filed objections and the time in which to do so has passed. Upon consideration, the Report and Recommendation is adopted as the opinion of the Court and Plaintiff is awarded costs in the amount of $8,357.50.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

Accordingly,

1. The Report and Recommendation (Dkt. 224) is **ADOPTED** as the opinion of the Court for all purposes, including for appellate review.

2. Plaintiff Tempay, Inc.'s Motion to Tax Costs (Dkt. 144) and Supplemental Motion to Tax Costs (Dkt. 229) are **GRANTED in part** and **DENIED in part** to the extent that Plaintiff is awarded costs in the amount of:

| | |
|---|---|
| Fees of the Clerk | $350.00 |
| Fees for service of subpoenas | $2,425.00 |
| Fees for Transcripts | $1,960.20 |
| Copy Costs | $3,582.30 |
| Other Costs | $40 |
| TOTAL | $8,357.50 |

3. The Clerk is directed to tax costs against Defendants Biltres Staffing of Tampa Bay, LLC, Otto Biltres, and Constandina Biltres in the amount as set forth above and **CLOSE** the file.

**DONE AND ORDERED** this 21st day of November, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record